August 7, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

DONNIE RAY PEARSON, Appellant

NO. 14-11-00041-CR                    V.

THE STATE OF TEXAS, Appellee

_____

We order that this court's former judgment of July 17, 2012, be vacated, set aside, and annulled.  We further order this court's opinion of July 17, 2012, withdrawn.

This cause was heard on the transcript of the record of the court below.  Having considered the record, this Court holds that there was no error in the judgment.  The Court orders the judgment **AFFIRMED**, and that this decision be certified below for observance.